## SAMUEL C. FOY AND JOHN M. FOY v. PIERE DOMEC.

NOTICE OF APPEAL.—The filing of a notice of appeal must precede or be cotemporaneous with the service of the same to render an appeal effectual.

APPEAL from the District Court, First Judicial District, Los Angeles County.

The defendant appealed.
The other facts are stated in the opinion of the Court.

*V. E. Howard,* for Appellant.

*Glassell & Chapman,* for Respondents.

By the Court, SAWYER, J.:

The notice of appeal appears to have been served on the 6th, and filed on the 9th, of February, 1867, and respondents move to dismiss because no effectual appeal has been taken. It has been repeatedly held that to render an appeal effectual, under the statute, the filing must precede, or be cotemporaneous with, the service. (*Boston* v. *Haynes,* 31 Cal. 107.)

The appeal must be dismissed, and it is so ordered.